People of State of Illinois ex rel. Nathan C. Bobroff, Petitioner-Appellant, v. Sam Levin and Edith Levin, Respondents-Appellees.

Gen. No. 9,852.

Charles G. Briggle, Jr., for appellant; Leonard C. Berry, for appellees. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full. Opinion filed June 1, 1953; rehearing denied June 30, 1953; released for publication June 30, 1953.